IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| E. LIGGON-REDDING, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06-3129 (RBK) |
| TOWNSHIP OF WILLINGBORO, et al., | : | |
| Defendants. | : | |
| E. LIGGON-REDDING, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 07-1863 (RBK) |
| CONGRESS TITLE, et al., | : | |
| Defendants. | : | **ORDER** |

THIS MATTER having come before the Court upon motion by Defendants Township of Willingboro, William Tantum, Officer Sally Landry, and Officers Kueny (Badge #156) and White (Badge #161) (collectively "County Defendants") to dismiss the RICO complaint brought by Plaintiff E. Liggon-Redding ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(6), 41(b), 15, and Local Rule of Civil Procedure 7.1(f); and upon motion by Defendants Congress Title and Key Properties GMAC Realty (collectively "Company Defendants") to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), 41(b), 7.1(f), 15 and Local Rules 7.1(f) and 16.1(b)(4); and the Court having

considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

        IT IS HEREBY **ORDERED** that County Defendants' motion to dismiss is **GRANTED**;

        IT IS FURTHER **ORDERED** that Company Defendants' motion to dismiss is **GRANTED**;

        IT IS FURTHER **ORDERED** that Plaintiff's motion for leave to appeal denial of pro bono counsel is **DENIED** as moot.


Dated:  3/7/08                                                s/ Robert B. Kugler
                                                                                     ROBERT B. KUGLER
                                                                                     United States District Judge